ACCEPTED
01-14-00785-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 3:54:38 PM
CHRISTOPHER PRINE
CLERK

<u>**No. 01-14-00785-CR**</u>

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/5/2015 3:54:38 PM

CHRISTOPHER A. PRINE
Clerk

─────────◆─────────

**No. 1362139**
In the 178th District Court of
Harris County, Texas

─────────◆─────────

**OMAR IBRAHIM**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

─────────◆─────────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

─────────◆─────────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1.  In the 178TH District Court of Harris County, Texas, in The State of Texas v. Omar Ibrahim, cause number 1362139, was convicted of murder.

2. He was assessed punishment of confinement for 99 years and a $5,000 fine.

3. A written notice of appeal was timely filed.

4. The State's brief was due on May 18, 2015.

5. An extension of time in which to file the State's brief is requested until July 6, 2015.

6. No previous extensions have been requested by the State.

7. The facts relied upon to explain the need for this extension are:

The District Attorney's office did not receive a copy of appellant's brief until this morning. Consequently, counsel for the State has been unable to commence preparation of the State's brief.

WHEREFORE, the State prays that this Court will grant an extension of time until July 6, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ **Alan Curry**

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following address on June 5, 2015:

Marcus J. Fleming
Attorney at Law
9219 Katy Freeway, Suite 220
Houston, Texas  77024

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date: June 5, 2015